IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00259-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ALBERTO RODRIGUEZ TREJO, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter addressed to the undersigned [DE-57]. In his letter, Defendant has advised the court that his ability to speak and understand the English language is limited and that his attorney refuses to provide him with the assistance of an interpreter.

The Clerk is DIRECTED to provide Defendant's counsel with a copy of Defendant's letter. Defendant's counsel is advised that he may retain the services of an interpreter to assist him.[1]

SO ORDERED.

This, the 23 day of December, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1]Under the CJA Guidelines, found at
http://www.uscourts.gov/FederalCourts/AppointmentOfCounsel/CJAGuidelinesForms.aspx,
defendant's counsel may file an ex parte motion requesting funds for an interpreter not to exceed $2400.